# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:09-cr-000061-LSC-JEO |
| | ) | |
| JERMAINE LUMSDEN | ) | |

## ORDER

In accord with the Memorandum Opinion entered contemporaneously herewith, it is hereby **ORDERED** that the defendant's motions to suppress (doc. 18) is **DENIED**.

Done this 4th day of May 2009.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019