IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:09-cr-000061-LSC-JEO |
| | ) | |
| JERMAINE LUMSDEN | ) | |

## MEMORANDUM OPINION

Before the court is defendant Jermaine Lumsden's motion to suppress. (Doc. 18). On April 14, 2009, the magistrate judge assigned this matter filed a "Report and Recommendation" finding that the motion was due to be denied. (Doc. 22). No objections have been filed by any party, and the defendant has now pled guilty.

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, the motion to suppress is due to be denied. An appropriate order will be entered.

Done this 5th day of May 2009.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671